IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GILCHRIST TRACTOR, INC.                                                    PLAINTIFF

v.                                        Case No. 2:16-CV-02142

AUTO-OWNERS INSURANCE COMPANY                                DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' joint motion to dismiss. (Doc. 26).

It appearing that the parties are in agreement, IT IS THEREFORE ORDERED that the parties' joint motion is GRANTED, and the complaint herein is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

IT IS FURTHER ORDERED that Defendant Auto-Owners Insurance Company's motion to dismiss (Doc. 18) is TERMINATED AS MOOT.

IT IS SO ORDERED this 1st day of March, 2017.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE